# United States District Court

**EASTERN** District of **CALIFORNIA**



**FILED**
May 18, 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Seizure of<br>(*Briefly describe the property to be seized*)<br><br>Approximately $7,464.64 in U.S. Currency. | **APPLICATION FOR A WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE**<br><br>CASE NUMBER:  2:23-sw-0492 DB |

I, a federal law enforcement officer or attorney for the government, request a seizure warrant and state under penalty of perjury that I have reason to believe that the following property in the Eastern District of **CALIFORNIA** is subject to forfeiture to the United States of America (*describe the property*):

Approximately $7,464.64 in U.S. Currency.

The property is subject to seizure pursuant to 21 U.S.C. § 881(b) incorporating 18 U.S.C. § 981(b), and subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6), concerning violations of 21 U.S.C. §§ 841(a)(1) and 846.

The application is based on these facts:

   **See attached affidavit.**

☒ Continued on the attached sheet.

/s/ Lexi Loris
*Applicant's signature*

Lexi Loris, Task Force Officer, USMS
*Printed name and title*

Sworn to before me and signed telephonically.

05/18/2023
Date

Sacramento, California
City and State

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

## AFFIDAVIT IN SUPPORT OF A SEIZURE WARRANT

I, Lexi Loris, a Task Force Officer with the U.S. Marshals Service, being duly sworn depose and state the following:

### INTRODUCTION

1. I make this affidavit in support of an application to seize $7,464.64 connected to a coordinated undercover buy of fentanyl and cocaine on January 17, 2023 in Roseville, California. The drug dealer, Arnes KRAJINIC, was arrested and charged by Criminal Complaint in *United States v. Arnes Krajinic*, 2:23-MJ-00025-CKD. More recently, a federal grand jury in the Eastern District of California indicted KRAJINIC on a single count of federal gun law violations, *United States v. Arnes Krajinic*, 2:23-CR-00074-DJC. The amount subject to seizure, $7,464.64, represents the $7,414 in cash seized from KRAJINIC plus the accrued interest on the seized amount (*$50.64*) since the drug bust and arrest of KRAJINIC.

2. I was the affiant in support of the Criminal Complaint and all of the facts stated in that affidavit remain true and support this seizure warrant. The Criminal Complaint and affidavit are fully incorporated by this reference.

3. Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to seize the $7,464.64 pursuant to 21 U.S.C. § 881(b) incorporating 18 U.S.C. § 981(b). The $7,464.64 is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6) as it represents proceeds traceable to the sale of controlled substances or funds used or intended to be used to facilitate a federal drug crime in violation of 21 U.S.C. §§ 841(a)(1) and 846.

### PROBABLE CAUSE

4. In January 2023, Placer County Special Investigation Unit initiated an illegal cocaine sales investigation targeting Arnes KRAJINIC. Through the investigation, it was discovered that KRAJINIC used Instagram with the moniker "mr_bulkybands" to communicate, purchase, broker and arrange drug

1

deals. I became Instagram "friends" with KRAJINIC using an undercover Instagram account and observed photos and videos of illegal drugs and firearms including what I believe to be fentanyl and cocaine.

5. On January 14, 2023, KRAJINIC posted a story to his Instagram page that included what I believed to be fentanyl, a firearm, and large amounts of cash. KRAJINIC next posted a still photo of what appears to be an open bag with a firearm, fentanyl pills (m30's or "blues") and a wrapped and rubber banded item, which I believe, based on my training and experience in illicit narcotics sales, to be packaged in a manner consistent with a controlled substance. Finally, KRAJINIC posted a video of him and a female counting large amounts of money with the tag "Lash season, black hoodie season Oakland Ca". Based on my training and experience, I know that "black hoodie season" is a slang term used to describe committing robberies or crimes in general. I recognize the appearance of the aforementioned controlled substances based on my training and experience as a police officer and narcotics task force agent. I have observed such substances no fewer than ten times each, specifically the blue pills commonly found to be counterfeit M30 oxycodone pills containing fentanyl, with my beliefs later confirmed by crime lab results.

6. Based on KRAJINIC's continued advertisement of illegal drugs, on Instagram, I sent him a message inquiring about the substances and firearms. KRAJINIC responded the products were pure cocaine and fentanyl and sent a photo of what appeared to be approximately a 1/2 pound of cocaine and his phone number. KRAJINIC and I continued our conversation via text messages using the phone number he provided on Instagram. Over text, KRAJINIC agreed to sell me 100 fentanyl pills and a half-ounce of cocaine. KRAJINIC also advised he would be able to meet me in Roseville, California.

7. On January 16, 2023, KRAJINIC messaged me and said he would come to Roseville to meet me tomorrow (January 17, 2023). KRAJINIC said, "I'll bring my stuff with me . . . and let you choose what you want." On the evening of January 16, 2023, KRAJINIC called me to confirm our meeting on the morning of January 17, 2023. We continued communicating over the phone and I sent KRAJINIC an address for where to meet me.

8. On January 17, 2023, at approximatley 12:11 p.m., a surveilling law enforcement officer saw a male wearing a ski mask on his face and a yellow sweatshirt driving a white Mercedes Benz westbound on Junction Blvd. The vehicle pulled onto Revere Drive, one street from the pre-determined meeting location, and pulled the car over to the side. Law enforcement observed the male exit the vehicle and begin digging in the trunk and walking about the vehicle. Law enforcement was able to identify the subject as KRAJINIC,

as he was wearing the same outfit that he was seen wearing in his Instagram story where he was flaunting his cash in a parking lot.

9. A short time later, KRAJINIC arrived at the pre-determined meeting location driving the white Mercedes. Law enforcement then arrested KRAJINIC and found him in possession of at least 100 grams of fentanyl, 150 prescription pills, packaging, a functioning digital scale, $7,414 in cash, and a non-serialized firearm loaded with six rounds of 9mm ammunition.

10. Since KRAJINIC has been in custody, I have reviewed several of his phone calls. In these phone calls, KRAJINIC admits to communicating and "being set up" by an undecover officer using his Instagram account. KRAJINIC even refers to his handle, "mr_bulkybands" in these conversations.

## CONCLUSION

11. For the reasons set forth above, there is probable cause to believe that the $7,464.64 represents proceeds of drug trafficking. Accordingly, I request that the Court issue a seizure warrant authorizing the seizure of the funds.

/s/ Lexi Loris
Lexi Loris
Task Force Officer
United States Marshal Service

Reviewed and approved as to form

/s/ Kevin C. Khasigian
Kevin C. Khasigian
Assistant U.S. Attorney

Sworn before me and signed telephonically on this  18  day of May 2023.

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| | |
|---|---|
| United States of America<br>v.<br><br>ARNES KRAJINIC<br><br>*Defendant(s)* | Case No. 2:23-mj-0025 CKD |

**FILED**
Feb 16, 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **January 17, 2023** in the county of **Placer** in the **Eastern** District of **California**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in Possession of Ammunition |

This criminal complaint is based on these facts:

(see attachment)

☒ Continued on the attached sheet.

/s/
*Complainant's signature*

Lexi Loris, USMS Task Force Officer
*Printed name and title*

Sworn to me and signed via telephone.

Date: February 16, 2023 at 2:19 pm

*Judge's signature*

City and state: Sacramento, CA     Carolyn K. Delaney, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT OF USMS TASK FORCE OFFICER LEXI LORIS

I, Lexi Loris, being duly sworn, hereby depose and state:

## CRIMINAL COMPLAINT FOR ARREST WARRANT

1. This Affidavit is submitted in support of an arrest warrant and criminal complaint charging **Arnes Krajinic** with:

    COUNT ONE:   Felon in possession of ammunition, in violation of 18 U.S.C. § 922(g)(1).

## BACKGROUND AND EXPERTISE

2. I am a Task Force Officer with the United States Marshal Service ("USMS"). I am a "Federal law enforcement officer" within the meaning of Rule 41(a)(2)(C) of the Federal Rules of Criminal Procedure, that is, a federal law enforcement agent engaged in enforcing criminal laws and authorized to request a search warrant. I have been a Sworn Peace Officer with the Roseville Police Department since June 2014. I am currently assigned to the Placer County Special Investigation Unit ("PSIU") as a task force officer and have been so assigned since June 2019. I have also been a Task Force Officer with the USMS Fugitive Apprehension Task Force since December 2020. I have participated in more than 100 arrests in violent crime cases.

3. I am an "investigative or law enforcement officer" of the United States within the meaning of 18 U.S.C. § 2510(7), in that I am an officer of the United States empowered by law to conduct criminal investigations and make arrests for offenses enumerated in 18 U.S.C. § 2516.

4. Because this affidavit is submitted for the limited purpose of establishing probable cause for the requested arrest warrant, I have not included each and every fact known to me about this case. Rather, I have set forth only the facts that I believe are necessary to support probable cause.

5. This affidavit is based upon my own personal knowledge but also the knowledge of other law enforcement officers involved in this investigation. Where I describe statements made by other people (including other special agents and law enforcement officers), the statements are described in sum,

1

substance, and relevant part.  Similarly, where I describe information contained in reports and other documents or records in this affidavit, this information is also described in sum, substance, and relevant part.

## STATEMENT OF PROBABLE CAUSE

*Narcotics investigation showed Krajinic posting images of firearms, cash, and controlled substances on Instagram.*

6. In January 2023, PSIU began investigating Arnes Krajinic, who was using Instagram, a social media application, to communicate, purchase, broker, and arrange drug deals.  Krajinic's Instagram username was "mr_bulkybands," and his profile included a picture of his face and the name "Ak Arnez."  I compared the profile picture on the account with a California driver's license photo of Krajinic and it appears to be the same person.  I began "following" Krajinic on Instagram in an undercover capacity.  Once Krajinic and my undercover account were "friends" on Instagram, I reiewed Krajinic's posts.  I saw additional posts of Krajinic's person and further confirmed that Krajinic is the user of "mr_bulkybands."  I also saw photos and videos of drugs and firearms.  Below are a few screenshots of Krajinic's Instagram posts:





In the above right post, Krajinic posted the words, "Robberies gone viral! One thing about me I'll get my lick back . . if not tomorrow or next month just know I'm out side your mommy house it can be 2 or 5 years from now . . I'll thunder you 4shure! You betrayed me it's not safe." Through my training and experience, I know that "lick" is slang for robbery.

7. On January 14, 2023, Krajinic posted a story to his page that included what appeared to be fentanyl, a firearm, and large amounts of cash. The story began with Krajinic asking if anyone needed EBT half off. Krajinic then posted a video of a dark setting with music, however, in the video the muzzle of a gun can be seen close to the camera. Krajinic then posted a still photo of a black firearm in his lap with the tag, "Oakland bound!" Based on my training and experience, I know that Oakland is a hub for larger purchases of fentanyl and cocaine. Further, I know that Oakland is a location where Sacramento and Placer County drug dealers source their product from due to

4

the cheaper bulk pricing available in those areas. Krajinic then posted a still photo of what appears to be an open bag with a firearm, fentanyl pills (m30's or "blues) and a wrapped and rubber banded item, which I believe, based on my training and experience in illicit narcotics sales, to be packaged in a manner consistent with a controlled substance. Finally, Krajinic posted a video of him and a female counting large amounts of money with the tag "Lash season, black hoodie season Oakland Ca." Through my training and experience, I know that "black hoodie season" is slang used to describe committing robberies or crimes in general. Below are screenshots of the videos I saw on Krajinic's story on January 14, 2023:



5

6



8. Krajinic also posted himself wearing a black ski mask and holding a large quantity of cash, depicted below:

6



***Krajinic agreed to sell controlled substances to an undercover officer.***

9. Based on Krajinic's advertisements, I sent him a message on Instagram to ask about drugs and a firearm. Krajinic confirmed that he had cocaine and fentanyl available for sale. Krajinic also gave me his phone number and said he was in the area of Watt and Elkhorn, North Highlands.

7

10. Krajinic and I continued our conversation over text message, using the number he provided me on Instagram. Krajinic agreed to sell me 100 fentanyl pills and a half ounce of cocaine. Krajinic also said he could come meet me in Roseville for the sale.

11. On January 16, 2023, Krajinic texted me and told me that he would come visit me tomorrow and said, "I'll bring my stuff with me…and let you choose what you want."

12. On January 17, 2023, Krajinic texted me to tell me he was awake. Around 10:15 a.m., I called him and told him I was ready to meet him. Krajinic asked that I text him the address and said he would be on his way.

13. At approximately 12:11 p.m., surveilling law enforcement officers saw Krajinic wearing a ski mask on his face and a yellow sweatshirt and driving a white Mercedes Benz on Junction Boulevard. Krajinic pulled to the side of the road when he was one street over from the pre-determined meet location. He stepped out of the car, dug around in the trunk, and walked around the car for a minute. He then got back into the car and drove to the address I previously provided.

### *Krajinic possessed fentanyl powder and a loaded, non-serialized firearm.*

14. Officers contacted Krajinic in the vehicle and searched his person and the vehicle. Officers found approximately 100 grams of fentanyl powder, over 150 miscellaneous prescription pills, a digital scale, over $7,000 in cash, and a non-serialized Polymer 80, Inc. 9mm firearm loaded with 6 rounds of 9mm ammunition.

15. Officers arrested Krajinic for being a felon in possession of a firearm and ammunition, among other charges. Post-*Miranda*, Krajinic said that his fingerprints would be on the gun because he picked it up when someone else showed it to him. Officers booked Krajinic into the South Placer Jail on state charges.

16. Krajinic has previously been convicted of a felony:

8

a. In 2017, he was convicted of robbery, in violation of California Penal Code § 211. He was sentenced to three hundred sixty-four days in jail and five years of probation.

b. In 2017, he was convicted of possession of a controlled substance while armed, in violation of California Health and Safety Code § 11370.1(A), and possession of a concealed weapon in vehicle, in violation of California Penal Code § 25400. He was sentenced to 364 days in jail and five years of probation.

c. In 2021, he was convicted of felon in possession of a firearm, in violation of California Penal Code § 29800, and possession of controlled substance for sale, in violation of California Health and Safety Code § 11375(B). He was sentenced to four years in prison.

### *The 9mm ammunition previously traveled in interstate commerce.*

17. ATF Special Agent Joshua Caron conducted a preliminary interstates nexus determination. According to Special Agent Caron, the 9mm ammunition seized from the non-serialized firearm found in Kraijinic's car travelled in interstate or foreign commerce prior to Krajinic's possession of the firearm and ammunition.

### *In a recorded jail call, Krajinic admitted to possessing "dope" and a "pistol."*

18. On January 23, 2023, I reviewed Krajinic's recorded jail calls. At approximately 8:23 p.m., Krajinic called an unknown male. Prior to the parties speaking, a recorded message notified all parties that the phone call would be recorded and monitored. During the conversation, Krajinic told the male about the day of his arrest and admitted taking drugs, money, and his pistol to the undercover bust operation. In relevant part, Krajinic said:

"I got set up by an undercover cop, I don't even know how this shit happened bruh . . . . I had all my money, luckily I didn't have all my money on me, that's the only thin I did not bring. But I brought hella my work bruh, brought my pistol, brought everything."

19. Krajinic further explained:

9

"... I got caught with I think like 80 grams, but that wasn't even half the shit. Man me and kid, I aint even gonna lie to you bro, I didn't even give him half of the money we hit for, man we hit for like 2 or 3 keys and for 100 bands n****, like I'm up right now, I'm up, I'm up n****."

20. Toward the end of the conversation, Krajinic reiterated, "... I just happened to bring hella my dope with me bruh and my pistol and everything. F***."

21. Through my training and experience, I know that "work" is slang that drug dealers use to refer to their product or the drugs they are selling; "hit" is a reference to obtaining something through nefarious means such as robbery; "dope" is slang for drugs; "keys" is slang for kilograms; and "bands" is slang for $1,000.

## CONCLUSION

22. **Count One: 18 U.S.C. § 922(g)(1), Felon in Possession of Ammunition.** Based on the above information, there is probable cause to believe that Krajinic knowingly possessed ammunition. I hereby request that this court issue an arrest warrant and Criminal Complaint charging Krajinic with one count of being a felon in possession of ammunition, in violation 18 U.S.C. § 922(g)(1).

I swear, under the penalty of perjury, that the foregoing information is true and correct to the best of my knowledge, information, and belief.

/s/
LEXI LORIS
USMS Task Force Officer

Sworn and subscribed to me telephonically,
on __February 16, 2023__,

_Carolyn K. Delaney_
Hon. CAROLYN K. DELANEY
United States Magistrate Judge

10

Approved as to form:

/s/ *Emily G. Sauvageau*
EMILY G. SAUVAGEAU
Assistant United States Attorney

11

# PENALTY SLIP

## United States v. Arnes Krajinic

**COUNT ONE:**    18 U.S.C. § 922(g)(1) – Felon in Possession of Ammunition

Maximum of 15 years in prison;
Fine of up to $250,000, or both fine and imprisonment;
Term of Supervised Release of up to 3 years;
$100 Special Assessment (mandatory)

# United States District Court

**EASTERN** District of **CALIFORNIA**

In the Matter of the Seizure of
*(Briefly describe the property to be seized)*

Approximately $7,464.64 in U.S. Currency.

**WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE**

CASE NUMBER:

2:23-sw-0492 DB

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests that certain property located in the Eastern District of <u>CALIFORNIA</u> be seized as being subject to forfeiture to the United States of America. The property is described as follows:

**Approximately $7,464.64 in U.S. Currency.**

The property is subject to seizure pursuant to 21 U.S.C. § 881(b) incorporating 18 U.S.C. § 981(b), and subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6).

I find that the affidavit(s) and any recorded testimony establish probable cause to seize the property.

**YOU ARE COMMANDED** to execute this warrant and seize the property within 14 days in the daytime 6:00 a.m. to 10:00 p.m.  You must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to <u>DEBORAH L. BARNES</u> or <u>Any U.S. Magistrate Judge in the Eastern District of California</u>.

05/18/2023, 11:21 am
Date and Time Issued

Sacramento, California
City and State

*[signature]*
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

AO 109 (Rev. 11/13) Warrant to Seize Property Subject to Forfeiture (Page 2)

| RETURN | | |
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of: | | |
| Inventory of the property taken: | | |

## CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

Subscribed, sworn to telephonically, and returned before me this date.

_____   _____
U.S. Judge or Magistrate                                                     Date